UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**GHSP, INC.**, a
a Michigan corporation,

   Plaintiff,

**ARTHUR HAZEN SILLS**,

   Defendant.

Case No. 1:21-cv-00218

Hon. Paul L. Maloney

Magistrate Judge Sally J. Berens

---

**STIPULATION AND CONSENT ORDER REINSTATING CASE AND DISMISSING CASE WITHOUT COSTS OR FEES TO THE PARTIES**

  The Court having previously entered a "Stipulation and Consent Order Dismissing Case Without Prejudice and Establishing Procedures for Reinstating Case for Entry of Consent Judgment"; Defendant having satisfied his monetary obligations under the Settlement Agreement incorporated into that Order by reference; the parties having now submitted the instant order for entry; and the Court, after having been fully advised of the terms of the Settlement Agreement:

  IT IS HEREBY ORDERED that the previous order of dismissal without prejudice is set aside and that this case is reinstated.

  IT IS FURTHER ORDERED that this case is dismissed with prejudice and without costs or fees to the parties.

Dated:  September 7, 2022

              /s/ Paul L. Maloney
              Hon. Paul L. Maloney

Stipulated and agreed to in form and substance on September 6, 2022:

| Attorneys for Plaintiff | Attorneys for Defendant |
|---|---|
| /s/ *Michael T. Price w/ consent* | /s/ *Amanda P. Narvaes* |
| Michael T. Price (P57229) | Amanda P. Narvaes (P74957) |
| Julie Lyons Kosovec (P50970) | Thomas V. Hubbard (P60575) |
| Brooks Wilkins Sharkey & Turco PLLC | Drew, Cooper & Anding, P.C. |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 401 S. Old Woodward Ave., Suite 400 | Aldrich Place, Suite 200 |
| Birmingham, Michigan 48009 | 80 Ottawa Avenue, N.W. |
| (248) 971-1800 | Grand Rapids, Michigan 49503 |
| | (616) 454-8300 |